# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

2013-7050

LIVINGSTON THOMAS, JR.

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in Case No. 11-3297, Judge William A. Moorman.

---

## APPELLANT'S UNNOPPOSED MOTION TO WITHDRAW APPEAL OUT-OF-TIME

Pursuant to the Rules of the United States Court of Appeals for the Federal Circuit, Appellant, Livingston Thomas, Jr., by and through Counsel, respectfully requests to Withdraw his appeal.

Counsel for the Appellee has been contacted and does not oppose this Motion. Appellant acknowledges that this matter will be dismissed with prejudice.

Based on the foregoing, Appellant, by and through Counsel, respectfully requests that the Court grant this Motion

1

Dated: May 17, 2013    Respectfully Submitted,

*Michael D.J. Eisenberg*
Michael D.J. Eisenberg
700 12th Street, NW
Suite 700
Washington, DC  20005
O:  (202) 558-6371
F:  (202) 403-3414
michael@eisenberg-lawoffice.com
Counsel for Appellant

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 17, 2013, I electronically filed Appellant's Unopposed Motion to Withdraw Appeal Out-Of-Time via E-File to all parties and mailed via USPS First-Class Mail the Original and Two Copies to the US Court of Appeals for the Federal Circuit.

Dated: May 17, 2013               Respectfully Submitted,

*[signature]*
Michael D.J. Eisenberg
700 12th Street, NW
Suite 700
Washington, DC  20005
O:  (202) 558-6371
F:  (202) 403-3414
michael@eisenberg-lawoffice.com
Counsel for Appellant